**United States District Court**
For the Northern District of California

1  IN THE UNITED STATES DISTRICT COURT

2  FOR THE NORTHERN DISTRICT OF CALIFORNIA

3  STEPHEN ANTHONY HENRY,                    No. C 13-00913 SBA (PR)

4          Petitioner,                       **JUDGMENT**

5      v.

6  AMY MILLER, Warden,

7          Respondent.
                                          /
8

9      For the reasons set forth in this Court's Order Granting Respondent's Motion to Dismiss; and

10  Denying Certificate of Appealability,

11      IT IS ORDERED AND ADJUDGED

12      That Petitioner take nothing, that the action be dismissed in accordance with the Court's

13  Order, and that each party bear its own costs of action.

14  DATED: _____8/26/2013_____      _____
                                          SAUNDRA BROWN ARMSTRONG
15                                        United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

G:\PRO-SE\SBA\HC.13\Henry0913.jud.wpd